```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - -x

In re:                            :

JANET A. LOPES                    :    BK No. 11-10991
          Debtor                       Chapter 7

- - - - - - - - - - - - - - - - -x
```

### **VOLUNTARY ABSTENTION ORDER**

  Based on the arguments of both parties and pursuant to the provisions of 28 U.S.C. § 1334(c)(1) the Court voluntarily abstains from hearing the matters concerning the validity of the creditor's pre-petition mortgage foreclosure, the ensuing title issue, and the landlord-tenant matter.  The parties are free to litigate these issues of state law in the Rhode Island state courts.  To expedite the resolution of these specific questions, either party may initiate state court litigation, and there is no stay in effect as to such proceedings.

  Entered as an Order of this Court.

  Dated at Providence, Rhode Island, this  19th  day of May, 2011.

                  _____
                  Arthur N. Votolato
                  U.S. Bankruptcy Court

Entered on docket: 5/19/11